DOMINICK ORLANDO, Appellant, *v.* THE MANHATTAN FIRE AND MARINE INSURANCE COMPANY, Respondent.

Submitted November 14, 1944; decided December 30, 1944.

*Louis Braun* for appellant.

*Arthur O. Louis* and *Gregory S. Rivkins* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.